**R.L. BATES GENERAL CONTRAC-TOR PAVING & ASSOCIATES, INC., Appellant,**

**v.**

**John McHUGH, Secretary of the Army, Appellee.**

No. 2010–1313.

United States Court of Appeals, Federal Circuit.

Feb. 24, 2011.

## ON MOTION

## ORDER

R.L. Bates General Contractor Paving & Associates, Inc., moves for a 14–day extension of time, until March 14, 2011, to file its reply brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.